AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dominique Harris | ) | Case No. 4:25-MJ-00078 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 30, 2025 in the county of Lycoming in the Middle District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC 111 (a) | Assaulting, Resisting or Impeding Federal Officers. |

This criminal complaint is based on these facts:

See attached continuation pages.

☒ Continued on the attached sheet.

ADAM T ROSBOSCHIL
Digitally signed by ADAM T ROSBOSCHIL
Date: 2025.11.30 15:37:37 -05'00'

*Complainant's signature*

Adam Rosboschil
*Printed name and title*

Sworn before me via telephone.

Date: 11/30/2025

*Judge's signature*

City and state: Williamsport, Pennsylvania

U.S. Magistrate Judge Sean A. Camoni
*Printed name and title*